# DISTRICT CLERK'S DOCKETING CERTIFICATE (CIVIL CASES)

Style: **POWERED BY PEOPLE, V. KEN PAXTON, IN HIS OFFICIAL CAPACITY AS TEXAS ATTORNEY GENERAL**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 5:54:15 PM
CHRISTOPHER A. PRINE
Clerk

Appellant **Ken Paxton, in his Official Capacity as Texas Attorney General** in the above styled and numbered cause have perfected an appeal by filing a **Notice of Appeal on the 22nd day of August, 2025.**

Trial Court Number & Trial Court: **2025DCV3641**                    **41st Judicial District Court**
County: **El Paso**
Date of Appealable Order of Judgment: **N/A**
Date of Motion for New Trial Filed: **N/A**
Date Request for Findings of Fact and Conclusions of Law Filed: **N/A**
Was this a civil case tried without a jury: **No**
Trial Court Judge: **Annabell Perez**
Court Reporter: **Bertha Prieto**

**Appellant:**
Name: Ken Paxton in his Official Capacity as
Texas Attorney General
Address: 300 W. 15th Street
Austin, TX 78701
Phone No.: N/A

**Attorney for the Appellant:**
Name: Rob Farquharson
Address: 300 W. 15th St.
Austin, TX 78701
Phone No.: (214) 290-8811
State Bar Number: 24100550

**Appellee:**
Name: Powered by People
Address: N/A
Phone No.: N/A

**Attorney for the Appellee:**
Name: Mimi Marziani
Address: 500 W 2nd St
Ste 1900
Austin, TX 78701
Phone No.: (210) 343-5604
State Bar Number: 24091906

**Case Type:**

Other Civil

Prepared by: Janina Brown
Address: 500 E. San Antonio, Suite 103 El Paso, TX 79901
Phone No.: 273-3534 Ext. 3963

Delivered on: _____ To: _____
                                                    Court of Appeals